# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **JEREMY A. BROWN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Case No. 1:11-cv-01470-RDP** |
| ) | |
| **JOHN T. RATHMAN, Warden,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On October 8, 2013, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed by Petitioner or Respondent.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendations of the Magistrate Judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this ___31st___ day of October, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE